**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   **Narada D. Edgar**            )   Chapter 13
        **Debtor**                )
                                 )   No. 19-16996-ELF
                                 )
                                 )

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                        /s/David M. Offen
                                        David M. Offen
                                        Attorney for Debtor(s)

**Date:2/21/20**