Certificate Number: 12433-PAE-DE-039300807

Bankruptcy Case Number: 19-16996



12433-PAE-DE-039300807

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2025, at 9:09 o'clock AM EST, Narada Edgar completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 3, 2025    By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher