United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-16996-amc
Narada D Edgar | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Feb 06, 2025 | Form ID: 138OBJ | Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Narada D Edgar, 1828 Mohican Street, Philadelphia, PA 19138-1206 |
| 14418019 | | Abington Memorial Hospital - Patient Pay, P.O. Box 826580, Philadelphia, PA 19182-6580 |
| 14418021 | | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14418022 | + | Ashley Smith, 5238 W Jefferson Street, Philadelphia, PA 19131-3604 |
| 14418024 | + | Bluestone Investments, Inc., C/O Amato and Keating, P.C., 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 14418032 | | Diversified Consultants, Inc., Dept# 03, PO Box 679543, Dallas, TX 75267-9543 |
| 14418035 | | Jordan W Felzer, Esq., 435 DEVON PARK DRIVE, BUILDING 500, P.O. BOX 2163, Southeastern, PA 19399 |
| 14442355 | + | PENNYMAC LOAN SERVICES, LLC, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14418041 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14418045 | + | Raegan Transportation LLC, 5238 W Jefferson Street, Philadelphia, PA 19131-3604 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 06 2025 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14434971 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2025 00:01:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14418020 | + | Email/PDF: bncnotices@becket-lee.com | Feb 07 2025 00:00:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14418023 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2025 23:54:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14482298 | | Email/Text: megan.harper@phila.gov | Feb 06 2025 23:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14418029 | | Email/Text: correspondence@credit-control.com | Feb 06 2025 23:54:00 | Credit Control, LLC., PO Box 31179, Tampa, FL 33631-3179 |
| 14418025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2025 00:01:20 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14418026 | | Email/Text: ebn@carepayment.com | Feb 06 2025 23:54:00 | CarePayment, P.O. Box 2398, Omaha, NE 68103-2398 |
| 14418027 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2025 00:00:34 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14418028 | + | Email/Text: mediamanagers@clientservices.com | Feb 06 2025 23:54:00 | Client Services, Inc., PO Box 1503, Saint Peters, MO 63376-0027 |

Case 19-16996-amc    Doc 43    Filed 02/08/25    Entered 02/09/25 00:34:03    Desc Imaged
Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 06, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | Notice Type | Date | Recipient |
|---|---|---|---|
| 14418030 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2025 23:59:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14418031 | Email/Text: mrdiscen@discover.com | Feb 06 2025 23:54:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14418033 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2025 00:01:21 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14450892 | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2025 23:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14421058 | + Email/PDF: ebn_ais@aisinfo.com | Feb 07 2025 00:00:35 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14422131 | Email/Text: mrdiscen@discover.com | Feb 06 2025 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14418034 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2025 23:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14418036 | + Email/Text: PHILAW@weltman.com | Feb 06 2025 23:54:00 | Michael J. Dougherty, Esq., 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14448602 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2025 23:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14418037 | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2025 23:54:00 | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 14418038 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 06 2025 23:54:00 | Nissan Motor Acceptance, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14418039 | + Email/Text: bnc@nordstrom.com | Feb 06 2025 23:54:33 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14418043 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 23:59:46 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd., Norfolk, VA 23502 |
| 14440105 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 23:59:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14452590 | + Email/PDF: ebnotices@pnmac.com | Feb 07 2025 00:01:20 | PennyMac Loan Servicing, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14418040 | + Email/PDF: ebnotices@pnmac.com | Feb 06 2025 23:59:59 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14418042 | + Email/Text: CollectionsDept@PFCU.COM | Feb 06 2025 23:54:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14418044 | + Email/Text: ngisupport@radiusgs.com | Feb 06 2025 23:54:00 | Radius Global Solutions LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14418046 | + Email/Text: courts@scott-pc.com | Feb 06 2025 23:54:00 | Scott & Asscociates. PC, Attorneys at Law, PO Box 113297, Carrollton, TX 75011-3297 |
| 14418047 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 06 2025 23:54:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14441401 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 07 2025 00:00:27 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14418048 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 06 2025 23:59:41 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 33

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 06, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Narada D Edgar dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 42 − 40

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Narada D Edgar ) Case No. 19−16996−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 6, 2025            For The Court

                                                                        Timothy B. McGrath
                                                                        Clerk of Court